Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURENCE CLAYTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL DEBT RELIEF LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 1:17-cv-00440-LJO-JLT <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 17th day of April, 2017.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 17th day of April, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 17th day of April, 2017, via the ECF system to:

Honorable Chief Judge Lawrence J. O'Neill
United States District Court
Central District of California

And mailed to:

Robby H. Birnbaum, Esq.
Greenspoon Marder, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309

This 17th day of April, 2017.
By: s/Todd M. Friedman
    Todd M. Friedman