# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CLAYTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL DEBT RELIEF, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:17-cv-00440 LJO JLT <br><br> ORDER CLOSING CASE <br><br> (Doc. 4 ) |

On April 18, 2017, the plaintiff filed a notice of voluntary dismissal. (Doc. 4) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 18, 2017**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE